■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GEARHART, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed January 7, 1991.

Ordered that the sentence is affirmed, and the matter is remitted to the County Court, Nassau County, for further

proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Sullivan, Eiber, Copertino and Pizzuto, JJ., concur.